UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLA KANNER, Derivatively on Behalf of Nominal Defendant ACADIA PHARMACEUTICALS INC., <br><br>　　　　　　　　　Plaintiff, <br><br>v. <br><br>JULIAN C. BAKER; STEPHEN R. BIGGAR, M.D., PHD; DANIEL B. SOLAND; LAURA A. BREGE; STEPHEN R. DAVIS; ELIZABETH A. GAROFALO, M.D.; JAMES M. DALY; EDMUND P. HARRIGAN, M.D.; and SRDJAN (SERGE) STANKOVIC, <br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-02293-WQH-MSB <br><br>**ORDER** |

HAYES, Judge:

On December 12, 2023, Plaintiff Ella Kanner initiated this action by filing a Complaint against Defendants Julian C. Baker, Stephen R. Biggar, M.D., PhD; Daniel B. Soland; Laura A. Brege; Stephen R. Davis; Elizabeth A. Garofalo, M.D.; James M. Daly; Edmund P. Harrigan, M.D.; and Srdjan (Serge) Stankovic (collectively, "the Defendants.") (ECF No. 1.)

On February 21, 2024, the Court granted a Joint Motion to Stay the Action pending the outcome of the Demand Review Committee's process.[1] (ECF No. 7.)

On May 16, 2025, the parties filed the most recent Joint Status Report (ECF No. 12) informing the Court that "the Demand Review Committee is continuing its

---

[1] Defendants report that the Demand Review Committee "has undertaken a process, including the retention of outside counsel, to address and evaluate the allegations asserted in this [case.]" (ECF No. 6 at 1.)

work" and reporting the following developments in the related case, *City of Birmingham Relief and Retirement System et al. v. Acadia Pharmaceuticals Inc. et al.,* Case No. 3:21-cv-0762-WQH-MSB (the "Securities Case"):

> Fact discovery in the Securities Case has concluded and the Parties are conducting expert discovery. Expert discovery is scheduled to conclude on June 13, 2025. Pretrial motions, including motions for summary judgment, are due on August 1, 2025.

On September 5, 2025, the Court lifted the stay in this case. (ECF No. 13.)

On September 19, 2025, the Honorable Magistrate Judge Berg granted a Joint Motion to Extend and Adjourn Pretrial Deadlines in the Securities Case. (Case No. 3:21-cv-0762-WQH-MSB, ECF No. 190.)

On September 26, 2025, the parties filed a Joint Status Report and Request to Reinstate Stay in this case. (ECF No. 14.) "In light of the new schedule in the [Securities Case], and because the Demand Review Committee is still conducting its investigation, the Parties respectfully request that the Court reinstate the stay in this derivative litigation." (*Id.*)

IT IS HEREBY ORDERED that the above-captioned action shall be stayed pursuant to the terms of the Court's prior stay issued on February 21, 2024. The parties shall continue to file a status update every ninety (90) calendar days during the pendency of this stay.

Dated: October 17, 2025

Hon. William Q. Hayes
United States District Court